*(Amended Complaint).!!*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _20-CV- 00346_

(To be supplied by the court)

Tonique Laurent Miller
(AKA)
Helene Tonique Williams ____, Plaintiff

v.

Mercy Housing ____,

____,

____,

____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

F I L E D
UNITED STATES DISTRICT COURT
DENVER. COLORADO

MAR 30 2020
JEFFREY P. COLWELL
CLERK

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Tonique Laurent Miller (AKA)    P.O. Box 641373

Helene Tonique Williams    Chicago IL, 60664

(Name and complete mailing address)

(312)-402-7761 thecubswin16@gmail.com

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    Mercy Housing    1600 Broadway, Denver, CO 80202

(Name and complete mailing address)

(303) 830-3301

(Telephone number and e-mail address if known)

Defendant 2:    _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

Defendant 3:    _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

Defendant 4:    _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case. *Title VIII of Civil rights Act! Fair Housing Act (FHA) due to race (African American) and LGBTQ status (lesbian).*

*not this one*

☑ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Fair Housing Act discrimination because race/color

Supporting facts:

I Tonique Laurent Miller who's also known as Helene Tonique Williams feel as though I was denied my Fair Housing Act rights due to my race/color African American + Native Indian (Black). As a African American female who lived inside of one of Mercy Housing of Denver Colorado's local Housing programs. I had no privacy, my studio apartment was a part of Denver Colorado's Trafficking/privacy invasion program, and I was being called Niggers through cyber space programs that Denver Colorado was running inside the Chicago Illinois Malden Arms Limited II program. I was being harrassed intentionally by other tenants and staff, and had my lease terminated for no reason. When I filed a grievance with the Denver Colorado corporate company they told ~~the Mercy~~ Malden Arms Limited II to evict me, when they realized the Illinois Department of Human Rights drafted a settlement agreement against them to protect my (FHA) rights.

4

CLAIM TWO: Fair Housing Act discrimination due to LGBTQ status (Lesbian)

Supporting facts:

I Tonique Laurent Miller who's also known as Helene Tonique Williams suffered great emotional distress and personal injuries as a LGBTQ lesbian female while living at Mercy Housing local Chicago Housing programs Malden Arms Limited II. I was being gay bashed and tormented by ex-tenant Sammy Wilson and other male tenants and sexually harassed. These men would knock on my room door, ask for sexual favors, and when I would refuse they make fake negative reports against me which led to my lease being terminated. I explained this in the original civil complaint. Within this amended complaint, I'm choosing to file a civil lawsuit against Mercy Housing of Denver, Colorado who was running a slavery program legally from Denver, Colorado and illegally in Chicago, Illinois. After making several grievances/complaints to Mercy Housing in Denver, Colorado about the "Tort" I suffered and having to file a (FHA) charge with Illinois Department of Human Rights, finally having a (FHA) settlement agreement to protect my (FHA) rights and have my lease renewed, Mercy Housing filed a eviction against me after the settlement agreement was signed which violated my civil rights as well as the terms of settlement agreement.

5

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."* I Tonique Laurent Miller who's also know as Helene Tonique Williams am suing for monetary relief of $2,000,000 for denial of my Civil, Constitutional, and Human rights, for crossing or incorporating the Denver, Colorado Slavery Act which was leagal in Denver, Colorado and Illigal in Illinois which didn't comply with Abraham Lincoln's Emancipation Proclaimation within the land of Lincoln's denial of freedom by Cyber Space Human trafficking/Tort.

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_3-24-2020_____
(Date)

(Revised December 2017)

6



Tongue Laurent Miller
P.O. box 641373
Chicago IL, 66664

Office of the Clerk
United States District Court
901-19th Street, Room A105
Denver, Colorado 80294-3589